Order issued October 31, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01463-CV

### IN RE HEIDI AMOS, Relator

**Original Proceeding from the County Criminal Court No. 5
Dallas County, Texas
Trial Court Cause No. MA10-68776-F**

## ORDER
Before Justices Moseley, FitzGerald, and Myers

Before the Court is relator's request for emergency relief.  We **GRANT** the request and

**STAY** all further proceedings in the trial court.  This stay shall remain in effect until further order of

this Court.

_____
LANA MYERS
JUSTICE